IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

WALTER EDGAR WORD                                         PLAINTIFF

VS.                                         CIVIL ACTION NO. 5:05CV49DCB-JCS

GREYHOUND LINES, INC.                               DEFENDANT

## AGREED ORDER

WHEREFORE, the defendants Greyhound Lines, Inc. (hereinafter "Greyhound") and Texas New Mexico and Oklahoma Coaches, Inc. ("TNM&O") and plaintiff Walter Edgar Word have agreed to an additional fifteen days to allow Greyhound to respond to plaintiff's motion for partial summary judgment and to allow TNM&O to file its rebuttal memorandum in support of its motion to dismiss and respond to plaintiff's motion for partial summary judgment.

IT IS, THEREFORE, ORDERED AND ADJUDGED that defendant Greyhound is hereby granted additional time until February 24, 2006 to respond to plaintiff's motion for partial summary judgment and defendant TNM&O is granted additional time until February 24, 2006 to file its rebuttal memorandum in support of its motion to dismiss and respond to plaintiff's motion for partial summary judgment.

SO ORDERED AND ADJUDGED, this the   10th   day of February, 2006.

                                                         s/ David Bramlette
                                                       DISTRICT JUDGE