```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    WESTERN DIVISION
```

WALTER EDGAR WORD                                       PLAINTIFF

VS.                        CIVIL ACTION NO. 5:05-cv-49(DCB)(JMR)

GREYHOUND LINES, INC; and
TEXAS, NEW MEXICO AND
OKLAHOMA COACHES, INC.                                 DEFENDANTS

<u>ORDER</u>

This cause is before the Court on the plaintiff Walter Edgar Word's motion for reconsideration and for production **(docket entry 50)**. Having carefully considered the motion and response, and being fully advised in the premises, the Court finds as follows:

On March 22, 2006, this Court entered an Order granting defendant Texas, New Mexico and Oklahoma Coaches, Inc. ("TNM&O")'s motion to dismiss for lack of personal jurisdiction. The plaintiff filed the present motion for reconsideration based on a March 24, 2006, text order entered by Magistrate Judge Roper, directing TNM&O to produce the medical records of TNM&O bus driver Ronnie Chitwood. Apparently Magistrate Judge Roper's office was not aware of the March 22, 2006 order dismissing TNM&O. On March 30, 2006, Magistrate Judge Roper entered a text order staying the production of the medical records, and noting that if this Court denies the motion for reconsideration, the order directing production of the medical records by TNM&O will be withdrawn.

The Court finds that the plaintiff has failed to show any

grounds for reconsideration of this Court's Order dismissing TNM&O for lack of personal jurisdiction.  The plaintiff has also failed to show how the medical records of the bus driver could have any bearing on the issue of personal jurisdiction over TNM&O.  The Court therefore finds that production of the medical records is not required, and reconsideration of this Court's March 22, 2006 Order shall be denied.  Accordingly,

IT IS HEREBY ORDERED that the plaintiff Walter Edgar Word's motion for reconsideration and for production **(docket entry 50)** is DENIED.

SO ORDERED, this the 31st day of March, 2006.

S/DAVID BRAMLETTE
UNITED STATES DISTRICT JUDGE