```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                        WESTERN DIVISION
```

WALTER EDGAR WORD                                        PLAINTIFF

VS.                           CIVIL ACTION NO. 5:05-cv-49(DCB)(JMR)

GREYHOUND LINES, INC; and
TEXAS, NEW MEXICO AND
OKLAHOMA COACHES, INC.                                   DEFENDANTS

## FINAL JUDGMENT

This cause having come before the Court on defendant Greyhound Lines, Inc.'s motion for summary judgment, and the motion having been granted in a Memorandum Opinion and Order of even date herewith; and the Court having previously dismissed defendant Texas, New Mexico and Oklahoma Coaches, Inc., for lack of personal jurisdiction; accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed with prejudice as to defendant Greyhound Lines, Inc., and without prejudice as to defendant Texas, New Mexico and Oklahoma Coaches, Inc., with all costs assessed against the plaintiff.

SO ORDERED and ADJUDGED, this the __28th__ day of June, 2006.


                                    ____s/ David Bramlette____
                                    UNITED STATES DISTRICT JUDGE